# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2023 ND 245

State of North Dakota,                               Plaintiff and Appellee

v.

Abraham Bior Gai,                               Defendant and Appellant

### No. 20230231

Appeal from the District Court of Richland County, Southeast Judicial District, the Honorable Bradley A. Cruff, Judge.

AFFIRMED.

Per Curiam.

Megan E. Kummer, State's Attorney, Wahpeton, ND, for plaintiff and appellee; submitted on brief.

Samuel A. Gereszek, Grand Forks, ND, for defendant and appellant; submitted on brief.

# State v. Gai
## No. 20230231

**Per Curiam.**

[¶1]   Abraham Bior Gai appeals from a criminal judgment revoking probation and imposing a new sentence of two years imprisonment.

[¶2]   On appeal, Gai conceded the district court's findings of fact that he violated the terms of his probation were not clearly erroneous. He argues the court acted unreasonably by revoking his probation and resentencing him. After a review of the record, we conclude the court did not abuse its discretion in revoking Gai's probation. *See State v. Hatzenbuehler*, 2023 ND 192, ¶ 6, 996 N.W.2d 649 (noting we review the district court decision on whether to revoke probation under the abuse-of-discretion standard).

[¶3]   To the extent Gai challenges the length of his sentence as an abuse of discretion, we do not review a sentence imposed within the statutory range. *See State v. Gates*, 540 N.W.2d 134, 137 (N.D. 1995) (our review of a sentence imposed after revoking probation is confined to determining whether the district court acted within statutorily prescribed limits). We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶4]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr